# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACOB MORGAN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ALL MY SONS,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00739-CDS-NJK<br><br>**REPORT AND RECOMMENDATION** |

On April 18, 2024, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 4. The Cout therein determined that the complaint failed to comply with Rule 8 of the Federal Rules of Civil Procedure or state a claim on which relief may be granted. The Court ordered that, to the extent the deficiencies identified could be cured, an amended complaint had to be filed by May 10, 2024. *Id.* at 3. The Court warned that failing to file an amended complaint "**will result in the recommended dismissal of this case**." *Id.* at 4 (emphasis in original). Plaintiff has not filed an amended complaint, sought extension, or otherwise taken further action in this case.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: May 16, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

# **NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen

days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).